# CORPORATE RESOLUTION

**I, Solymar Villegas Curetti,** of legal age, single, Secretary of **Comunica, Inc.,** and resident of San Juan, Puerto Rico, DO HEREBY CERTIFY that:

1. At a meeting held on August 25, 2010, the Board of Directors of Comunica, Inc., agreed to file a bankruptcy petition under the provisions of Chapter 7 of the Bankruptcy Code.

2. That we have been informed and oriented of the meaning of Chapter 7 of the Bankruptcy Code.

3. That at the meeting of shareholders held on the same date, the filing for bankruptcy under Chapter 7 of the Bankruptcy Code was unanimously approved.

4. That it was also agreed that the services of attorney Wanda I. Luna-Martinez would be retained for such purposes.

5. That it was also agreed that Mr. Jose Reguero, President, will be the person authorized to sign the Petition, Schedules and Statement of Financial Affairs and any other documents related to the bankruptcy proceedings.

I sign this Resolution today the 22 day of September 2010.

Comunica, Inc.

By: _____
Solymar Villegas Curetti
Secretary of Comunica, Inc.